JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br>Plaintiff,<br>v.<br>CHAD BIANCO, et al.,<br>Defendants. | Case No. 5:19-cv-01557-JLS-E<br><br>**JUDGMENT** |

In an Order filed concurrently herewith, the Court GRANTED Defendants' Motion for Summary Judgment as to all remaining claims. Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendants Motion for Summary Judgment is GRANTED in its entirety.
2. Plaintiff shall take nothing by way of the First Amended Complaint against Defendants.
3. The civil action is DISMISSED WITH PREJUDICE.
4. For purposes of an award of costs, Defendants are prevailing parties who may seek costs other than attorney's fees. *See* Fed. R. Civ. P 54(d)(1) & Central Distr. L. Rule 54-2.

Dated: October 5, 2026

Hon. Josephine L. Staton
United States District Judge